NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE HERNALDO ESTRADA,        )
          )
      Appellant,        )
          )
v.          )      Case No. 2D17-1472
          )
STATE OF FLORIDA,        )
          )
      Appellee.        )
_____)

Opinion filed May 15, 2019.

Appeal from the Circuit Court for Pasco
County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and
J. Rafael Rodríguez, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.